**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6641

ANTHONY BERNARD BURNSIDE,

Plaintiff - Appellant,

versus

JOHN OZMINT, Director; WILLIAM M. WHITE,
Warden; JOHN R. MAXEY, Major; DONALD BECKWITH,
Captain; WILLIE BING, Lieutenant; R. CRAIG,
Correctional Officer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  R. Bryan Harwell, District Judge.
(CA-03-3799-6)

Submitted:  July 14, 2005          Decided:  July 27, 2005

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Bernard Burnside, Appellant Pro Se. Daniel Roy Settana,
Jr., John Eric Kaufmann, MCKAY, CAUTHEN, SETTANA & STUBLEY, PA,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Bernard Burnside appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Burnside v. Ozmint</u>, No. CA-03-3799-6 (D.S.C. Mar. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>